WILLIAM PRIME, an Infant, by LEO P. PRIME, His Guardian ad Litem, Appellant, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF ELIZABETHTOWN, ESSEX COUNTY, NEW YORK, Respondent. LEO P. PRIME, Appellant, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF ELIZABETHTOWN, ESSEX COUNTY, NEW YORK, Respondent.— Judgments unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK BARTKE, Appellant.— Judgment of conviction reversed, indictment dismissed, and defendant discharged, on the ground that there is no adequate corroboration of the testimony of the complainant. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

MARY A. ROUSSEL. Individually and as Committee of the Person and Estate of MARGARETTA ROUSSEL, and Others, Respondents, v. JOSEPH LO PRESTI and ANTONIO LO PRESTI, Individually and as Copartners, Doing Business under the Firm Name of LO PRESTI BROTHERS, Appellants.— Judgment reversed on the law and facts, and new trial granted, with costs to the appellants to abide the event. Opinion by Crapser, J. (which is not to be published because not of general interest). Hill, P. J., and Bliss, J., concur; Rhodes, J., votes to reverse the judgment and to dismiss the complaint, with a memorandum (which is not to be published because not of general interest), in which McNamee, J., concurs.

SOPHIE GRZYWACZEWSKI, Appellant, v. ANTONI GRZYWACZEWSKI, Respondent. HELEN GRZYWACZEWSKI, an Infant, by WILLIAM H. BRADT, Her Guardian ad Litem, Appellant, v. ANTONI GRZYWACZEWSKI, Respondent.— Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

GEORGE REGNER and Another, Respondents, v. ROSCOE C. SANFORD and Others, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

LOUISE DILLON, Respondent, v. THE CORTLAND BAKING COMPANY, Appellant.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

HEWIT PHARMACIES, INC., Appellant, v. ÆTNA LIFE INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.